UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

        Plaintiffs,

v.

MARINE BULKHEADING, INC.,

        Defendants.

Civil Action No.

**PLAINTIFF
MCI COMMUNICATIONS SERVICES,
INC, d/b/a VERIZON BUSINESS'
RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiff, MCI Communications Services, Inc., d/b/a Verizon Business ("VzB")

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held.

1.     MCI Communications Services, Inc., d/b/a Verizon Business is a wholly-owned

subsidiary of Verizon Business Network Services, Inc. ("VBNS");

2.     VBNS is a wholly-owned subsidiary of MCI Communications Corporation

("MCC");

3.     MCC is a wholly-owned subsidiary of Verizon, LLC;

4.     Verizon Communications, Inc., is the sole member of Verizon, LLC.

5.     Verizon Communications, Inc. is a publicly traded company.

Dated:    New York, New York
           September 17, 2007

Respectfully submitted,

Lisa Lombardo [LL-2532]
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980

*Attorneys For Plaintiffs*
*Level 3 Communications, L.L.C. and*
*MCI Communications Services, Inc.,*
*d/b/a Verizon Business*

And, of counsel,

James J. Proszek, *Pro Hac Vice* pending
Kimberly R. Schutz, *Pro Hac Vice* pending
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK  74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

764531.1:915100:01425

#1226921 v1
057079-60762