UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, L.L.C. and MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>            Plaintiffs,<br><br>v.<br><br>MARINE BULKHEADING, INC.,<br><br>            Defendants. | Civil Action No.<br><br>**PLAINTIFF LEVEL 3 COMMUNICATIONS, L.L.C.'S RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Level 3 Communications, L.L.C. ("Level 3") certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    1.    Level 3 is a wholly-owned subsidiary of Level 3 Financing, Inc. ("L3F").

    2.    L3F is a wholly-owned subsidiary of Level 3 Communications, Inc., a publicly traded company.

      Dated:    New York, New York
                   September 17, 2007

#1226920 v1
057079-60762

-2-

                                           Respectfully submitted,

*[signature]*

Lisa Lombardo [LL-2532]
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980

*Attorneys For Plaintiffs*
*Level 3 Communications, L.L.C. and*
*MCI Communications Services, Inc.,*
*d/b/a Verizon Business*

And, of counsel,

James J. Proszek, *Pro Hac Vice* pending
Kimberly R. Schutz, *Pro Hac Vice* pending
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

764483.1:915100:01425

#1226920 v1
057079-60762