UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, L.L.C. and MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>Plaintiffs,<br><br>v.<br><br>MARINE BULKHEADING, INC.,<br><br>Defendant. | Civil Action No. 07 CIV 8118 (GEL)<br><br>**ORDER** |



9/26/07

This matter coming before the Court on Plaintiffs' Level 3 Communications, L.L.C., and MCI Communications Services, Inc., d/b/a Verizon Business' application for the admission of James J. Proszek, Esq. and Kimberly R. Schutz, Esq. as counsel *pro hac vice* in the within matter; and the Court having considered the application and certifications of said James J. Proszek, Esq. and Kimberly R. Schutz, Esq., and all papers previously on file in this matter; and good and sufficient cause having been shown;

**IT IS** on this 25th day of Sept., 2007,

**ORDERED** that the application be and hereby is **GRANTED**; and it is further,

**ORDERED** that James J. Proszek, Esq. and Kimberly R. Schutz, Esq. of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., be and hereby are **ADMITTED *PRO HAC VICE*** for the purpose of appearing on behalf of Plaintiffs as co-counsel with Gibbons, P.C. in the within matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

-2-

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

                                                _/s/ Gerard E. Lynch_
                                                U.S. DISTRICT COURT JUDGE

764553.1:915100:01425

#1227820 v1
057079-60762