UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC., d/b/a
VERIZON BUSINESS,

                            Plaintiffs,

              -against-

MARINE BULKHEADING, INC.,

                            Defendant.

**AFFIDAVIT OF
PERSONAL SERVICE
UPON SECRETARY OF STATE**

Civil Action No. 07 CIV 8118 (GEL)

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF ALBANY    )

      **JUSTIN A. HELLER, ESQ.**, being duly sworn, deposes and says that he is over the age of 18 years and resides in Albany County, State of New York; that on the 20th day of September, 2007 at he served: (1) Summons, (2) Complaint, (3) Civil Cover Sheet, (4) Rule 7.1 Statement on Behalf of each Plaintiff, (5) Individual Practices of the Assigned Judge and Magistrate Judge, and (6) Pro Hac Vice Application (Notice of Motion, Order, Declarations of Local Counsel and Counsel Seeking to be Admitted) on **MARINE BULKHEADING, INC..**, by serving 2 copies of each of the foregoing upon Carol Vogt of the Secretary of State for the State of New York at the office of the Secretary of State at 41 State Street, Albany, New York; and that at the time of making such service, deponent paid said Secretary of State a fee of Forty ($40.00) Dollars; that said service was made pursuant to Section 306(b)(1) of the Business Corporation Law.

      Deponent further says that he knew the person so served as aforesaid to be a BDS1 in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

                                              JUSTIN A. HELLER, ESQ.

Sworn to before me this
21st day of September, 2007

Notary Public, State of New York

LONI S. KOUBEK
Notary Public, State of New York
No. 01KO6029155
Qualified in Saratoga County
Commission Expires 8-9-20__

52490-1