LYONS & FLOOD, LLP
65 W. 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

Attorneys for Defendant
MARINE BULKHEADING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

                    Plaintiffs,

- against -

MARINE BULKHEADING, INC.,

                    Defendant.
-----------------------------------------------------------X

ECF CASE

07 Civ. 8118 (GEL)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant MARINE BULKHEADING, INC., certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

Dated: October 31, 2007

                                    LYONS & FLOOD, LLP
                                    Attorneys for Defendant
                                    MARINE BULKHEADING, INC.

                                    By: _____
                                    Kirk M. Lyons (KL-1568)
                                    65 W. 36th Street, 7th Floor
                                    New York, NY 10018
                                    (212) 594-2400