UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, L.L.C. and MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>               Plaintiffs,<br><br>v.<br><br>MARINE BULKHEADING, INC.,<br><br>               Defendant. | Civil Action No.  1:07-cv-08118-GEL<br><br>**PLAINTIFFS' REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE** |

      Plaintiffs, Level 3 Communications, L.L.C. ("Level 3") and MCI Communications Services, Inc., d/b/a Verizon Business ("VzB"), respectfully request that this Court adjourn the Case Management Conference presently scheduled for December 5, 2007, at 4:45 p.m. to December 13, 2007.  In support thereof, Level 3 and VzB state:

      1.     When Level 3 and VzB's counsel, James J. Proszek, received the notice, dated October 30, 2007, regarding the Case Management Conference, Mr. Proszek was already committed to make two presentations on December 5, 2007, at a seminar in Las Vegas, Nevada.

      2.     There have been no previous requests for an adjournment of the Case Management Conference and the requested adjournment will not affect any other scheduled dates.

      3.     Mr. Proszek called Jose Lopez in accordance with § 1(D) of the Court's Individual Practices in Civil Cases and was advised that the Court had openings at the end of the day on December 12, 2007 and on December 13, 2007 to reschedule the Case Management Conference.

4.     Mr. Proszek is required to be at a Court-ordered settlement conference in federal court in Fresno, California on December 12, 2007. Mr. Proszek is, however, available to appear at the Case Management Conference before this Court on December 13, 2007.

5.     Mr. Proszek has contacted Defendant's counsel who has advised that he, too, is available to appear at the Case Management Conference on December 13, 2007.

WHEREFORE, Level 3 and VzB respectfully request the Court adjourn the Case Management Conference presently scheduled at 4:45 p.m. on December 5, 2007, to December 13, 2007.

Dated:     November 5, 2007

                                                                Respectfully submitted,

                                                                     s/ James J. Proszek
                                                                James J. Proszek, *Pro Hac Vice*
                                                                Kimberly R. Schutz, *Pro Hac Vice*
                                                                **HALL, ESTILL, HARDWICK, GABLE,**
                                                                **GOLDEN & NELSON, P.C.**
                                                                320 South Boston Avenue, Suite 400
                                                                Tulsa, OK  74103-3708
                                                                Telephone (918) 594-0400
                                                                Facsimile (918) 594-0505

                                                                     and

                                                                Lisa Lombardo [LL-2532]
                                                                **GIBBONS PC**
                                                                One Pennsylvania Plaza, 37th Floor
                                                                New York, NY  10119-3701
                                                                Telephone (212) 613-2000
                                                                Facsimile (212) 333-5980

                                                                **ATTORNEYS FOR PLAINTIFFS**
                                                                **LEVEL 3 COMMUNICATIONS, L.L.C. and**
                                                                **MCI COMMUNICATIONS SERVICES,**
                                                                **INC., d/b/a VERIZON BUSINESS**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of November, 2007 the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

      Kirk M. Lyons
      John Werner
      LYONS & FLOOD, LLP
      65 West 36th Street, 7th Floor
      New York, NY  10018

                                              s/ James J. Proszek

788161.1:915100:01425