AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07-CV-8118 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third-party Defendant 408-410 GREENWICH STREET, LLC, incorrectly sued herein as "408-140 GREENWICH STREET, LLC"

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2007 | *[signature]* |
| Date | Signature |
| | Jeffrey Briem — (JB-0113) |
| | Print Name — Bar Number |
| | Traub Lieberman Straus & Shrewsberry, LLP - 7 Skyline Dr |
| | Address |
| | Hawthorne — NY — 10532 |
| | City — State — Zip Code |
| | (914) 347-2600 — (914) 347-8898 |
| | Phone Number — Fax Number |