UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF NEW YORK
-------------------------------------------------------------
LEVEL 3 COMMUNICATIONS, L.L.C. and MCI
COMMUNICATIONS SERVICES, INC., d/b/a VERIZON
BUSINESS,

                                              Plaintiffs,                ECF DOCUMENT

    - against -                                          Index No. 07 Civ. 8118

MARINE BULKHEADING, INC.,

                                                                    STIPULATION TO
                                                                    ENLARGE TIME TO
                                Defendant.                RESPOND TO THIRD-
-----------------------------------------------------------X  PARTY COMPLAINT
MARINE BULKHEADING, INC.,

                                Third-Party Plaintiff,

    -against-

408-140 GREENWICH STREET LLC, BASILE BUILDERS
GROUP, INC. and CHAMP CONSTRUCTION CORP.,

                                Third-Party Defendants.
-----------------------------------------------------------X

    IT IS HEREBY STIPULATED by and between the undersigned attorneys of record for the parties to this action, that the Third-party Defendant 408-410 Greenwich Street LLC, incorrectly sued herein as above, shall have up to and including **December 21, 2007** to move, answer or otherwise respond to the Third-party Complaint.

    IT IS FURTHER STIPULATED that the Third-party Defendant 408-410 Greenwich Street LLC, shall not assert any affirmative defenses regarding failure to obtain personal jurisdiction over the person of the Third-party Defendant.

    IT IS FURTHER STIPULATED that this document may be signed in counterparts, that a

facsimilie or photocopy of a signature may be used as if it were an original, and that once executed the document may be filed with the Court without any further notice to either party.

Dated: Hawthorne, New York
December 5, 2007

| LYONS & FLOOD, LLP | TRAUB LIEBERMAN STRAUS |
| --- | --- |
| *Attorneys for Defendant/Third-party Plaintiff Marine Bulkhead Inc.* | *& SHREWSBERRY LLP* |
| | *Attorneys for Defendant* |
| | *408-410 Greenwich Street, LLC* |

By: _____
Jon Werner (JW-5000)
65 W. 36th Street, 7th Floor
New York, New York 10018
Tel. No. (212) 594-2400
Fax No. (212) 594-4589

By: _____
Jeffrey Briem (JB-0113)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Tel. No. (914) 347-2600
Fax No. (914) 347-8898