UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and       07 CIV 8118
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

                                            Plaintiffs,     **ANSWER TO THIRD-PARTY COMPLAINT**

        -against-                                                                    **Trial by Jury Demanded**

MARINE BULKHEADING, INC.,

                                            Defendants.
-----------------------------------------------------------------X
MARINE BULKHEADING, INC.,
               Third-Party Plaintiff,

        -against-

408-140 GREENWICH STREET LLC, BASILE
BUILDERS SGROUP, INC. and CHAMP
CONSTRUCTION CORP.

                        Third-Party Defendants.
-----------------------------------------------------------------X

       Third-Party Defendant, CHAMP CONSTRUCTION CORP., by its attorneys, WHITE, QUINLAN & STALEY, L.L.P., answering the Third-Party Complaint herein, respectfully alleges:

1.     DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 1, except admits that Greenwich maintained a place of business in New York City, New York State.

2.     DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 2.

3.     DENIES any knowledge or information sufficient to form a belief as to the truth

of each and every allegation contained in the paragraph of the Complaint designated 3.

4. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 4.

5. ADMITS each and every allegation contained in the paragraph of the Complaint designated 5 as to third-party defendant, CHAMP CONSTRUCTION CORP.

6. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 6, except admits that third-party defendant, CHAMP CONSTRUCTION CORP., had entered into an agreement relating to excavation within the interior of the premises located at 408 Greenwich Street, New York, New York.

7. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 7, except admit receipt of a copy of the Summons and Complaint.

8. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 8, except admit receipt of a copy of the Answer served on behalf of MARINE BULKHEADING, INC.

9. DENIES upon information and belief each and every allegation of the paragraphs of the Complaint designated 9, except refer the court to the pleadings.

10. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 10.

11. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 11.

12. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 12.

13. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 13.

14. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 14.

15. DENIES each and every allegation contained in the paragraphs of the Third-Party Complaint designated 15.

## ANSWERING COUNT I OF THE THIRD-PARTY COMPLAINT

16. The answering third-party defendant, CHAMP CONSTRUCTION CORP., repeats and realleges each and every denial contained in the foregoing Answer with reference to paragraphs of the Third- Party Complaint marked 1 through 15, inclusive, as repeated and reiterated in paragraph designated 16 of the Third-Party Complaint.

17. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 17, and refer all questions of law to the court.

18. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 18, and refer all questions of law to the court.

19. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 19.

20. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 20, and refer all questions of law to the court.

### ANSWERING COUNT II OF THE THIRD-PARTY COMPLAINT

21. The Answering Third-Party Defendant, CHAMP CONSTRUCTION CORP., repeats and realleges each and every denial contained in the foregoing Answer with reference to paragraphs of the Third-Party Complaint marked 1 through 20, inclusive, as repeated and reiterated in paragraph designated 21 of the Complaint.

22. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Complaint designated 22.

23. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 23.

24. DENIES any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Third-Party Complaint designated 24.

### ANSWERING COUNT III OF THE THIRD-PARTY COMPLAINT

25. The answering Third-Party Defendant, CHAMP CONSTRUCTION CORP., repeats and realleges each and every denial contained in the foregoing Answer with reference to paragraphs of the Third-Party Complaint marked 1 through 24, inclusive, as repeated and reiterated in the paragraph designated 25 of the Third-Party Complaint.

26. DENIES each and every allegation contained in the paragraphs of the Third-Party Complaint designated 26.

27. DENIES each and every allegation contained in the paragraphs of the Third-Party Complaint designated 27.

### ANSWERING COUNT IV OF THE THIRD-PARTY COMPLAINT

28. The answering Third-Party Defendant, CHAMP CONSTRUCTION CORP., repeats and reallges each and every denial contained in the foregoing Answer with reference to paragraphs of the Third-Party Complaint marked 1 through 27, inclusive as repeated and reiterated in the paragraph designated 28 of the Third-Party Complaint.

29. DENIES each and every allegation contained in the paragraphs of the Third-Party Complaint designated 29.

30. DENIES each and every allegation contained in the paragraphs of the Third-Party Complaint designated 30.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE ON BEHALF OF THE THIRD-PARTY DEFENDANT CHAMP CONSTRUCTION CORP.

31. That the third-party plaintiff failed to comply with §764 of the General Business Law in that it failed to provide timely notice to the operators who maintain the underground facilities in the area in which the proposed excavation was to take place of the location and date of the proposed excavation.

32 That the third-party plaintiff failed to give timely notice to the one-call notification system of the location and date of the proposed excavation.

33 That the third-party plaintiff failed to verify the location of the underground facilities at the location where it was performing its work in the manner set forth in the rules and regulations adopted by the Public Service Commission pursuant to §119-b of the Public Service Law.

34     That the third-party plaintiff was negligent in commencing its pile driving work without providing the statutory notice of its intention and without obtaining any information regarding the location of the underground facilities in the area in which the pile driving work was to be performed and without taking any measures to protect those underground facilities.

35     That by reason of the defendant/third-party plaintiff's failure to comply with the statutory requirements regarding notification, verification, inspection and protection regarding underground facilities, that the third-party plaintiff was negligent and its negligence was a substantial factor in causing the damage complained of in the plaintiffs' Complaint.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE ON BEHALF OF THE THIRD-PARTY DEFENDANT CHAMP CONSTRUCTION CORP.

36.    That the defendant/third-party plaintiff failed to comply with 16 New York Code of Rules and Regulations § 753-3.1 in that it failed to provide notice of the location and date of the planned excavation or demolition to the one-call notification system serving the vicinity in which the excavation was to take place.

37.    That the defendant/third-party plaintiff failed to take reasonable precautions to prevent contact or damage to the underground facilities and failed to provide notice of the location and date of the planned excavation to any person or corporation which owned or maintained the underground facilities in the vicinity in which the proposed excavation took place.

38. That the defendant/third-party plaintiff failed to take reasonable precautions to prevent contact or damage to the plaintiffs' underground facilities prior to the commencement of the excavation or demolition work which it performed.

39. That by reason of the defendant/third-party plaintiff's failure to comply with the regulatory requirements regarding notification, verification, inspection and protection regarding the underground facilities in the vicinity in which the excavation or demolition took place, that the third-party plaintiff was negligent and its negligence was a substantial factor in causing the damage complained of in the plaintiffs' Complaint.

WHEREFORE, the Third-Party Defendant, CHAMP CONSTRUCTION CORP., demands judgment dismissing the Third-Party Complaint, together with the costs and disbursements of this action.

Dated:   Garden City, New York
         November 29, 2007

Yours, etc.,

*Terence M. Quinlan*
TERENCE M. QUINLAN (4112)
WHITE, QUINLAN & STALEY
Attorneys for Third-Party Defendant
Champ Construction Corp.
377 Oak Street – P.O. Box 9304
Garden City, New York 11530
(516) 222-2434
File: FMI-9445

TO: GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
Fax: (212) 333-5980

And

HALL, ESTILL, HARDWICK, GABLE
GOLDEN & NELSON, P.C.

320 South Boston Avenue – Suite 400
Tulsa, OK 74103-3708
(918) 594-0400
Fax: (918) 594-0505

Attorneys for Plaintiffs

LYONS & FLOOD, LLP
Attorneys for Defendant/Third-Party Plaintiff
Marine Bulkheading, Inc.
65 West 36th Street – 7th Floor
New York, New York 10018

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
} ss.:
COUNTY OF NASSAU }

LAURETTA A. FARIA, being duly sworn, deposes and says:
That deponent is not a party to the within action, is over 18 years of age and resides at North Bellmore, New York.

That on December 5, 2007 the deponent served the within **Answer to Third-Party Complaint** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York addressed to the following attorneys at their respective address to the said attorneys for that purpose:

TO: GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
    And
HALL, ESTILL, HARDWICK, GABLE
GOLDEN & NELSON, P.C.
320 South Boston Avenue – Suite 400
Tulsa, OK 74103-3708
(918) 594-0400
Fax: (918) 594-0505
Attorneys for Plaintiffs

LYONS & FLOOD, LLP
Attorneys for Defendant/Third-Party Plaintiff
Marine Bulkheading, Inc.
65 West 36th Street – 7th Floor
New York, New York 10018

TRAUB LIEBERMAN
STRAUS & SHREWSBERRY
LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
(914) 347-2600
Fax (914) 347-8898

*Lauretta A. Faria*

Lauretta A. Faria

Sworn to before me this
5 day of December, 2007

*Maryann Bilello*
NOTARY PUBLIC

MARYANN BILELLO
Notary Public, State of New York
No. 01BI6004615
Qualified in Nassau County
Commission Expires March 23, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

                            Plaintiffs,

    -against-

MARINE BULKHEADING, INC.,

                            Defendants.
-----------------------------------------------------------------X

07 CIV 8118

**ANSWER TO THIRD-PARTY COMPLAINT**

**WHITE, QUINLAN & STALEY**
**Attorneys for Third-Party Defendant, Champ Construction Corp.**
377 Oak Street
P.O. Box 9304
Garden City, New York 11530
(516) 222-2434
Fax (516) 222-2508