UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

                         Plaintiffs,                07 CIV 8118 (GEL)

    -against-

MARINE BULKHEADING, INC.,

                         Defendants.
------------------------------------------------------------X
MARINE BULKHEADING, INC.,
               Third-Party Plaintiff,

    -against-

408-140 GREENWICH STREET LLC, BASILE
BUILDERS SGROUP, INC. and CHAMP
CONSTRUCTION CORP.

              Third-Party Defendants.
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Terence M. Quinlan,

a member of the bar of this court and a partner in the firm of White Quinlan & Staley,

LLP, attorneys for the third-party defendant, CHAMP CONSTRUCTION CORP.,

certifies upon information and belief that the said third-party defendant is not a publicly

held corporation in the United States and that there are no corporate parents,

subsidiaries, or affiliates of the said third-party defendant which are otherwise publicly

held in the United States.

Dated: Garden City, New York
      December 7, 2007

                                      Yours, etc.,

                                      WHITE, QUINLAN & STALEY

By:    Terence M. Quinlan,. (TMQ-4112)
           Attorneys for Third-Party Defendant
           CHAMP CONSTRUCTION CORP.
           377 Oak Street – P.O. Box 9304
           Garden City, New York 11530
           (516) 222-2434
           File:  9445-FMI

TO:    GIBBONS, P.C.
        One Pennsylvania Plaza, 37th Floor
        New York, New York 10119-3701
        (212) 613-2000
        Fax:  (212) 333-5980
             And
        HALL, ESTILL, HARDWICK, GABLE
        GOLDEN & NELSON, P.C.
        320 South Boston Avenue -- Suite 400
        Tulsa, OK 74103-3708
        (918) 594-0400
        Fax:  (918) 594-0505

        Attorneys for Plaintiffs

        LYONS & FLOOD, LLP
        Attorneys for Defendant/Third-Party Plaintiff
        Marine Bulkheading, Inc.
        65 West 36th Street – 7th Floor
        New York, New York 10018

## AFFIDAVIT OF SERVICE

-------------------------------------------------------------------------------

STATE OF NEW YORK }
                } ss.:
COUNTY OF NASSAU }

    LAURETTA A. FARIA, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over 18 years of age and resides at North Bellmore, New York.

    That on December 7, 2007 the deponent served the within **Rule 7.1 Disclosure Statement** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York addressed to the following attorneys at their respective address to the said attorneys for that purpose:

TO:   GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
    And
HALL, ESTILL, HARDWICK, GABLE
GOLDEN & NELSON, P.C.
320 South Boston Avenue – Suite 400
Tulsa, OK 74103-3708
(918) 594-0400
Fax: (918) 594-0505
Attorneys for Plaintiffs

LYONS & FLOOD, LLP
Attorneys for Defendant/Third-Party Plaintiff
Marine Bulkheading, Inc.
65 West 36th Street – 7th Floor
New York, New York 10018

TRAUB LIEBERMAN STRAUS & SHREWSBERRY    LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
(914) 347-2600
Fax (914) 347-8898

*Lauretta A Faria*

           Lauretta A. Faria

Sworn to before me this
7 day of December, 2007

*Maryann Bilello*
   NOTARY PUBLIC

MARYANN BILELLO
Notary Public, State of New York
No. 01BI6004615
Qualified in Nassau County
Commission Expires March 23, 20__10__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and                07 CIV 8118
MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS,

                Plaintiffs,

    -against-

MARINE BULKHEADING, INC.,

                Defendants.
--------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

---

**WHITE, QUINLAN & STALEY**
**Attorneys for  Third-Party Defendant, Champ Construction Corp.**
**377 Oak Street**
**P.O. Box 9304**
**Garden City, New York 11530**
**(516) 222-2434**
**Fax (516) 222-2508**