UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF NEW YORK
------------------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and MCI
COMMUNICATIONS SERVICES, INC., d/b/a VERIZON
BUSINESS,

                                                  Plaintiffs,

   - against -

**ECF CASE**

07 Civ. 8118 (GEL)

MARINE BULKHEADING, INC.,

                                                  Defendant.
------------------------------------------------------------------------X
MARINE BULKHEADING, INC.,

**THIRD-PARTY DEFENDANTS RULE 7.1 DISCLOSURE**

                                               Third-Party Plaintiff,

   -against-

408-140 GREENWICH STREET LLC, BASILE BUILDERS
GROUP, INC. and CHAMP CONSTRUCTION CORP.,

                                               Third-Party Defendants.
------------------------------------------------------------------------X

      Third-Party Defendant, 408-410 GREENWICH STREET, LLC ("Answering Defendant"), by its attorneys TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP hereby states the following, as and for its Rule 7.1 Disclosure Statement, 408-410 GREENWICH STREET, LLC does not have a parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: Hawthorne, New York
       December 21, 2007

                                        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
                                        *Attorneys for Third-Party Defendant,*
                                        *408-410 Greenwich Street, LLC*

                                        By:            /s/
                                        Jeffrey Briem, Esq. (JB-0113)
                                        Mid-Westchester Executive Park
                                        Seven Skyline Drive
                                        Hawthorne, New York 10532
                                        Tel. No. (914) 347-2600