AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07-CV-8118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

408-410 GREENWICH STREET, LLC incorrectly sued herein as 408-140 GREENWICH STREET, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/21/2007 | /s/ |
| Date | Signature |
| | Robert M. Leff     RML-1889 |
| | Print Name     Bar Number |
| | Traub Lieberman Straus & Shrewsberry, LLP - 7 Skyline Dr. |
| | Address |
| | Hawthorne     NY     10532 |
| | City     State     Zip Code |
| | (914) 347-2600     (914) 347-8898 |
| | Phone Number     Fax Number |