LYONS & FLOOD, LLP
65 W. 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

Attorneys for Defendant / Third-Party Plaintiff
MARINE BULKHEADING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEVEL 3 COMMUNICATIONS, L.L.C. and
MCI COMMUNICATIONS SERVICES, INC.,     **ECF CASE**
d/b/a VERIZON BUSINESS,

                         07 Civ. 8118 (GEL)

                Plaintiffs,

           - against -

MARINE BULKHEADING, INC.,

                Defendant,
------------------------------------------------------------X
MARINE BULKHEADING, INC.,

                Third-Party Plaintiff,

           - against -

408-140 GREENWICH STREET LLC, BASILE
BUILDERS GROUP, INC. and CHAMP
CONSTRUCTION CORP.,

                Third-Party Defendants.
------------------------------------------------------------X

## REPLY TO 408-410 GREENWICH STREET, LLC'S COUNTER-CLAIMS

       Defendant / Third-Party Plaintiff, MARINE BULKHEADING, INC. ("MBI"), by and through its attorneys, Lyons & Flood, LLP, as and for its Reply to Third-Party Defendant 408-410 GREENWICH STREET LLC's ("GREENWICH") Counter-Claims alleges, upon information and belief, as follows:

- 2 -

1. Denies the allegations contained in paragraphs 52 and 53 of GREENWICH's Answer and Counter-Claims.

## REPLY TO SECOND COUNTER-CLAIM

2. Admits the allegations contained in paragraph 54 of GREENWICH's Answer and Counter-Claims.

3. Denies the allegations contained in paragraphs 55 and 56 of GREENWICH's Answer and Counter-Claims.

## REPLY TO THIRD COUNTER-CLAIM

4. Admits the allegations contained in paragraphs 57 and 58 of GREENWICH's Answer and Counter-Claims.

5. Denies the allegations contained in paragraph 59 of GREENWICH's Answer and Counter-Claims.

## FIRST AFFIRMATIVE DEFENSE

6. Defendant / Third-Party Plaintiff MBI repeats and realleges each and every allegation contained in the Third Party Complaint filed herein.

## SECOND AFFIRMATIVE DEFENSE

7. Third-Party Defendant GREENWICH's Counter-Claims fail to state a claim upon which relief can be granted.

WHEREFORE, Defendant / Third-Party Plaintiff MBI prays that:

a. judgment be entered by this Court against GREENWICH and in favor of Defendant / Third-Party Plaintiff MBI, dismissing GREENWICH's Counter-Claims; and

b. judgment be entered by this Court in favor of Defendant / Third-Party Plaintiff MBI for such other, further, and different relief as this Court may deem just and proper.

Dated: January 17, 2008

                              LYONS & FLOOD, LLP
                              Attorneys for Defendant / Third-Party Plaintiff
                              MARINE BULKHEADING, INC.

By: _____
                              Jon Werner (JW-5000)
                              65 West 36th Street, 7th Floor
                              New York, New York 10018
                              (212) 594-2400

U:\kmhldocs\2604010\Pleadings\Reply to Greenwich's Counterclaims.doc

**CERTIFICATE OF SERVICE**

   Jon Werner, an attorney duly admitted to practice before this Honorable Court, affirms on this 17th day of January 2008, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, to:

  GIBBONS P.C.
  One Pennsylvania Plaza, 37th Floor
  New York, NY 10119-3701
  Attn: Lisa Lombardo

  HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
  320 South Boston Avenue, Suite 400
  Tulsa, OK 74103
  Attn: James John Proszek

  WHITE, QUINLAN & STALEY
  377 Oak Street
  P.O. Box 9304
  Garden City, NY 11530
  Attn: Terence M. Quinlan

  TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
  Mid-Westchester Executive Park
  Seven Skyline Drive
  Hawthorne, NY 10532
  Attn: Jeffrey Briem

                _____
                  Jon Werner

U:\kmhldocs\2604010\Pleadings\Reply to Greenwich's Counterclaims.doc