UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   AFFIDAVIT OF SERVICE
LEVEL 3 COMMUNICATIONS, LLC                                     Case No. 07 CIV 8118 (GEL)
and MCI COMMUNICATIONS SERVICES, INC
                                                          Plaintiff

                  - against -

MARINE BULKHEADING, INC
                                                           Defendant.
------------------------------------------------------------X
MARINE BULKHEADING, INC

                                     Third Party Plaintiff
        -against-
408-140 GREENWICH STREET, LLC,
BASILE BUILDERS GROUP INC and CHAMP
CONSTRUCTION CORP.

                                   Third Party Defendant
------------------------------------------------------------X
STATE OF NEW YORK    )
                            ) ss.:
QUEENS COUNTY       )

      Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On November 11, 2007, at approximately 1:25 p.m., at 321A Greenwich Street, New York, NY 10013, Deponent served the within Third Party Summons and Third Party Complaint and Exhibits A-B, Judge's Individual Practices Rules, Magistrate's Individual Practices Rules, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal upon: **Basile Builders Group, Inc,** by delivering to and leaving with John, Project Manager, who would not give his last name, a true and correct copy of said documents.

      At the time of said service, John stated that he is duly authorized to accept service of legal documents behalf of Basile Builders Group Inc.

      John is described a white male, approximately 30-37 yrs. of age, 205-215 lbs., 5'11" -6'1" tall, with black hair.

                                                                _____
                                                                Shaun Jackson

Sworn to before me this
November 7, 2007

_____
    Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty, New York Cty
Commission Expires November 17, 20 09