UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, L.L.C. and MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>Plaintiffs,<br><br> v.<br><br>MARINE BULKHEADING, INC.,<br><br>Defendant, | ECF CASE<br><br><br>Civil Action No. 07 Civ. 8118 (GEL)<br><br><br>**NOTICE OF ADDRESS CHANGE** |
| MARINE BULKHEADING, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>408-140 GREENWICH STREET LLC, BASILE BUILDERS GROUP, INC. and CHAMP CONSTRUCTION CORP.,<br><br>Third-Party Defendants. | |

    Please take notice of the following change of address information.  Telephone and e-mail contact information has not changed.

New Address:    **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, **Suite 200**
Tulsa, OK  74103-**3706**
Telephone:  (918) 594-0400
Facsimile:   (918) 594-0505

Old Address:    **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK  74103-3708
Telephone:  (918) 594-0400
Facsimile:   (918) 594-0505

      s/ Kimberly R. Schutz
_____
James J. Proszek, *Pro Hac Vice*
Kimberly R. Schutz, *Pro Hac Vice*
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505

  and

Lisa Lombardo [LL-2532]
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980

**ATTORNEYS FOR PLAINTIFF**
**MCI COMMUNICATIONS SERVICES,**
**INC., d/b/a VERIZON BUSINESS**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of March, 2008 the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Kirk M. Lyons<br>LYONS & FLOOD, LLP<br>65 West 36th Street, 7th Floor<br>New York, NY  10018<br>*Counsel for Marine Bulkheading, Inc.* | Terence M. Quinlan<br>WHITE QUINLAN & STALEY<br>377 Oak Street - P. O. Box 9304<br>Garden City, NY  11530<br>*Counsel for Champ Construction Corp.* |

Jeff Briem
Robert M. Leff
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York  10532
*Counsel for 408-410 Greenwich Street LLC*

      s/ Kimberly R. Schutz
_____

837001.1:915100:01425