UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, L.L.C. and MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>        Plaintiffs,<br><br>v.<br><br>MARINE BULKHEADING, INC.,<br><br>        Defendant, | ECF CASE<br><br><br>Civil Action No. 07 Civ. 8118 (GEL)<br><br><br>**<u>PLAINTIFFS' NOTICE OF SERVICE OF DEPOSITION SUBPOENA ON MIKE CHICHESTER</u>** |
| MARINE BULKHEADING, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>408-140 GREENWICH STREET LLC, BASILE BUILDERS GROUP, INC. and CHAMP CONSTRUCTION CORP.,<br><br>        Third-Party Defendants. | |

TO:    Kirk M. Lyons / Jon Werner        Terence M. Quinlan
           LYONS & FLOOD, LLP              WHITE QUINLAN & STALEY
           65 West 36th Street, 7th Floor        377 Oak Street - P. O. Box 9304
           New York, NY  10018                Garden City, NY  11530

           Jeff Briem / Robert M. Leff            Alan R. Meller
           TRAUB LIEBERMAN STRAUS &     BIVONA & COHEN, P.C.
           SHREWSBERRY LLP                  Wall Street Plaza
           Mid-Westchester Executive Park      88 Pine Street, 17th Floor
           Seven Skyline Drive                    New York, NY  10005
           Hawthorne, New York  10532

    **PLEASE TAKE NOTICE** that Plaintiffs, Level 3 Communications, LLC and MCI Communications Services, Inc. d/b/a Verizon Business, have issued and will serve the attached

subpoena for the deposition of Mike Chichester to be taken on September 8, 2008, beginning at 1:00 p.m. at the offices of LYONS & FLOOD, LLP, 65 West 36th Street, 7th Floor, New York, NY 10018, and will continue from time to time until completed. The deposition will be taken before a certified shorthand reporter authorized to administer oaths.

                                                          Respectfully submitted,

                                                          */s/ Lisa Lombardo*

                                                          Lisa Lombardo [LL-2532]
                                                          **GIBBONS PC**
                                                          One Pennsylvania Plaza, 37th Floor
                                                          New York, NY  10119-3701
                                                          Telephone (212) 613-2000
                                                          Facsimile (212) 333-5980

                                                          and

                                                          James J. Proszek, *Pro Hac Vice*
                                                          Kimberly R. Schutz, *Pro Hac Vice*
                                                          **HALL, ESTILL, HARDWICK, GABLE,**
                                                          **GOLDEN & NELSON, P.C.**
                                                          320 South Boston Avenue, Suite 200
                                                          Tulsa, OK  74103-3706
                                                          Telephone (918) 594-0400
                                                          Facsimile (918) 594-0505

                                                          **ATTORNEYS FOR PLAINTIFFS**
                                                          **LEVEL 3 COMMUNICATIONS, L.L.C. and**
                                                          **MCI COMMUNICATIONS SERVICES,**
                                                          **INC., d/b/a VERIZON BUSINESS**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2008 true and correct copies of the foregoing instrument were sent by Fax and U.S. Mail, with proper postage thereon fully paid, to:

Kirk M. Lyons
LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, NY  10018
*Fax: 212-594-4589*
*Counsel for Marine Bulkheading, Inc.*

Jeff Briem
Robert M. Leff
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York  10532
*Fax: 914-347-8898*
*Counsel for 408-410 Greenwich Street LLC*

Terence M. Quinlan
WHITE QUINLAN & STALEY
377 Oak Street - P. O. Box 9304
Garden City, NY  11530
*Fax: 516-222-2508*
*Counsel for Champ Construction Corp.*

Alan R. Meller
BIVONA & COHEN, P.C.
Wall Street Plaza
88 Pine Street, 17th Floor
New York, NY  10005
*Fax: 212-363-9824*
*Counsel for Basile Builders Group, Inc.*

[signature]

905233.1:915100:01425