UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEVEL 3 COMMUNICATIONS, LLC, et al.,                :

                      Plaintiffs,                :

      -against-                :

MARINE BULKHEADING, INC., et al.,                :

                  Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/09**

07 Civ. 8118 (GEL) (THK)

**ORDER**

GERARD E. LYNCH, District Judge:

      In light of the parties' ongoing settlement discussions before Magistrate Judge Katz, it is hereby ordered that the conference currently scheduled for June 6, 2009, is adjourned to June 30, 2009, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       May 28, 2009

                                  GERARD E. LYNCH
                           United States District Judge